1  MARIO A. MOYA (State Bar No. 262059)
   REBECCA M. HOBERG (State Bar No. 224086)
2  MOYA LAW FIRM
   1300 Clay Street, Suite 600
3  Oakland, California 94612
   Tel:  510.926.6521
4  Fax: 510.340.9055
5  Email: mmoya@moyalawfirm.com
           rhoberg@moyalawfirm.com
6
   Attorneys for Plaintiff
7  PONY.AI, INC.

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11
   PONY.AI, INC., a Delaware corporation,          Case No.: 4:22-cv-05428-DMR
12
                  Plaintiff,                        **STIPULATION AND**
13                                                  **ORDER (AS MODIFIED)**
                                                    **CONTINUING PENDING**
14          v.                                      **DEADLINES**

15 DIGITAL REALTY TRUST INC., a Maryland
   corporation; DIGITAL REALTY TRUST,
16 L.P., a Maryland limited partnership; TELX -     Complaint Filed: Sept. 22, 2022
   SANTA CLARA, LLC, a Delaware limited
17 liability company; and DOES 1–20, inclusive,
18                Defendants.
19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 6-2(a), Plaintiff Pony.ai, Inc. and Defendants Digital Realty Trust Inc; Digital Realty Trust, L.P.; and Telx - Santa Clara, LLC; (collectively "Defendants" or "Digital Realty"), by and through their respective counsel of record, respectfully request that the Court enter the following stipulation to continue the date of the Initial Case Management Conference and Alternative Dispute Resolution (ADR) deadlines:

<u>**Background**</u>

Plaintiff initiated this action on September 22, 2022.  This case is assigned to Magistrate Judge Donna M. Ryu, who issued an order on September 30, 2022 (ECF No. 9) setting the following deadlines ("Case Deadlines"):

| November 30, 2022 | • Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;<br>• Last day to file ADR Certification |
|---|---|
| December 14, 2022 | • Last day to file Rule 26(f) Report;<br>• Last day to exchange initial disclosures;<br>• Last day to file Case Management Statement |
| December 21, 2022 | • Initial Case Management Conference |

The Defendants have agreed to waive service of the summons and Complaint per Federal Rule of Civil Procedure, Rule 4.  Plaintiff has received a signed Waiver of Service of Summons from each defendant.

The parties are in agreement that participation in the Court's early-ADR program may be beneficial.  Specifically, the parties agree to participate in an early settlement conference with a Magistrate Judge.

The parties hereby request that the case be referred to ADR for an early settlement conference with a Magistrate Judge, and that the Case Deadlines be extended as set forth below to facilitate a meaningful opportunity for early-ADR.

///

///

///

STIPULATION AND ORDER (AS MODIFIED) CONTINUING PENDING DEADLINES

1

1

### Stipulation

2       The Parties request a continuance of the Case Deadlines while they participate in early-

3   ADR.  The Parties believe a continuance would be in the interest of judicial economy, and would

4   conserve the Court's and the Parties' resources.  The Parties have met and conferred about these

5   matters, and they have agreed to jointly request the following continuances:

6           1.      The Parties stipulate to, and jointly request, the Court refer this case to an

7   early settlement conference before a Magistrate Judge.

8           2.      The parties stipulate to, and jointly request, a continuance of the Initial

9   Case Management Conference to a date no earlier than **March 21, 2023** to allow the parties

10  sufficient time to complete ADR.

11          3.      The Parties stipulate to, and jointly request, a postponement of the

12  deadlines to meet and confer re: initial disclosures, early settlement, ADR process selection, and

13  discovery plan to **21 days in advance of the new date** for the Initial Case Management

    Conference.

14          4.      The Parties stipulate to, and jointly request, a postponement of the

15  deadlines to file a Rule 26(f) Report; exchange initial disclosures; and file a Case Management

16  Statement to **7 days in advance of the new date for the Initial Case Management**

17  **Conference**.

18          Apart from the foregoing, the Parties agree that this stipulation would not modify any

19  other applicable deadlines beyond the Case Deadlines identified above.  The Parties have not

20  previously requested any time modifications with respect to the Initial Case Management

21  Conference or any other deadline relating to discovery or pretrial disclosures. *See* Civil L.R. 6-

22  2(a)(2).

23

24  ///

25  ///

26  ///

27  ///

28  ///

1    **IT IS SO STIPULATED.**

2                                          Respectfully submitted,

3    DATED: 11/28/2022                     MOYA LAW FIRM

4

5                                          /s/ Mario A. Moya

6                                          Mario A. Moya
                                           Rebecca M. Hoberg

7                                          Attorneys for Plaintiff

8

9    DATED: 11/28/2022                     MCGUIREWOODS LLP

10

11                                         */s/ Alicia A. Baiardo (*by permission)

                                           Alicia A. Baiardo
12
                                           Attorneys for Defendants
13

14

15

16                          **ORDER (AS MODIFIED)**

            PURSUANT TO STIPULATION, IT IS ORDERED THAT the Initial Case
17
     Management Conference set for December 21, 2022 at 1:30 p.m. is vacated and continued to
18
     March 29, 2023 at 1:30 p.m. in Oakland, by Videoconference only.  Parties shall file a joint case
19
     management conference statement by no later than March 22, 2023.
20
            IT IS SO ORDERED AS MODIFIED.
21
     Dated:  December 7, 2022
22

23

24                                         DONNA M. RYU
                                           United States Magistrate Judge
25

26

27

28

     STIPULATION AND ORDER (AS MODIFIED) CONTINUING PENDING DEADLINES
                                           3

## <u>ATTESTATION</u>

 I, Mario A. Moya, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Pending Deadlines.  In compliance with Civil Local Rule 5- 1(h), I hereby attest that I have obtained the concurrence in the filing of this document from each of the signatories herein.

 Dated: Nov. 28, 2022    By: *<u>/s/ Mario A. Moya</u>*
             Mario A. Moya