1  MARIO A. MOYA (State Bar No. 262059)
   REBECCA M. HOBERG (State Bar No. 224086)
2  MOYA LAW FIRM
3  1300 Clay Street, Suite 600
   Oakland, California 94612
4  Tel:  510.926.6521
   Fax: 510.340.9055
5  Email: mmoya@moyalawfirm.com
          rhoberg@moyalawfirm.com
6

7  Attorneys for Plaintiff
   PONY.AI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PONY.AI, INC., a Delaware corporation, | Case No. 4:22-cv-05428-DMR |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE & [PROPOSED] ORDER** |
| v. | |
| DIGITAL REALTY TRUST INC., a Maryland corporation; DIGITAL REALTY TRUST, L.P., a Maryland limited partnership; TELX - SANTA CLARA, LLC, a Delaware limited liability company; and DOES 1–20, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Cross-Defendant Pony.ai and Defendants and Cross-Plaintiffs Digital Realty Trust, Inc., Digital Realty Trust, L.P., and Telx-Santa Clara LLC hereby file this stipulation of dismissal, with prejudice, of all claims and counterclaims asserted in this action.  Each party is to bear its own costs, expenses, and attorneys' fees.

|     |                          |                                                                                                                    |
| --- | ------------------------ | ------------------------------------------------------------------------------------------------------------------ |
|     |                          | Respectfully submitted,                                                                                            |
|     | Dated: June 13, 2023     | MOYA LAW FIRM                                                                                                      |
|     |                          | */s/ Mario A. Moya*                                                                                                |
|     |                          | Mario A. Moya                                                                                                      |
|     |                          | Attorneys for Plaintiff and Cross-Defendant PONY.AI, INC.                                                          |
|     | Dated: June 13, 2023     | MCGUIREWOODS LLP                                                                                                   |
|     |                          | */s/ Jenny Yi*                                                                                                     |
|     |                          | Jenny Yi                                                                                                           |
|     |                          | Attorneys for Defendants and Cross-Plaintiffs DIGITAL REALTY TRUST INC.; DIGITAL REALTY TRUST, L.P.; and TELX - SANTA CLARA, LLC |

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), regarding signatures, I, Mario A. Moya, attest that all other signatories have concurred in the filing of the document.

   */s/ Mario A. Moya*
   Mario A. Moya

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    By: _____
   Hon. Donna Ryu

   U.S. DISTRICT MAGISTRATE JUDGE
   NORTHERN DISTRICT OF CALIFORNIA